Jeffrey M. Lenkov, State Bar No. 156478
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Telephone:  (213) 624-6900
Facsimile:  (213) 624-6999
Email:  jml@mmker.com

Patrick L. Hurley, State Bar No. 174438
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
One California St., Suite 1100
San Francisco, CA 94111
Telephone:  (213) 624-6900
Facsimile:  (213) 624-6999
Email:  plh@mmker.com

Attorneys for Defendant,
SAKS INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS GUO JIE ZHANG, | Case No.: CV 09-4447 EMC |
| Plaintiff, | **ORDER APPROVING JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| vs. | |
| SAKS INCORPORATED, a Tennessee Corporation, dba Saks Fifth Avenue, Saks & Company, a New York corporation, | [~~PROPOSED~~] |
| Defendants. | |

Good cause having been shown, the Joint Stipulation Re: Dismissal with Prejudice as to All Defendants submitted by the parties is approved.  This action is dismissed with prejudice as to all defendants.  All parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated: _____   2/18/10

_____
Honorable Edward M. Chen
United States Magistrate Judge

*IT IS SO ORDERED.*
*Judge Edward M. Chen*

-1-